**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kao X.,

          Petitioner,

v.

Markwayne Mullin, *Secretary,*
*Department of Homeland Security*;
Todd Blanche, *Acting Attorney General*;
Todd M. Lyons, *Acting Director,*
*Immigration and Customs Enforcement*;
and David Easterwood, *Acting Director,*
*St. Paul Field Office Immigration and*
*Customs Enforcement*,

          Respondents.

Civ. No. 26-2789 (JWB/DTS)

**ORDER**
**ON MOTION TO**
**DISSOLVE TEMPORARY**
**RESTRAINING ORDER**

---

Respondents move to dissolve the temporary restraining order that was first entered on May 29, 2026 and extended by subsequent orders. (*See* Doc. No. 15.) Those orders were issued to preserve this Court's jurisdiction over the habeas petition by maintaining the status quo while the petition was pending.

Respondents represent that Petitioner's removal is now imminent because the Government has obtained the necessary travel documents. (*See* Doc. Nos. 16, 17.) Accepting that representation as true, the temporary restraining orders do not bar Respondents from executing a valid final order of removal. Because the relief Respondents seek is not prohibited by the existing orders, there is no need to dissolve them.

Accordingly, the motion to dissolve (Doc. No. 15) is **DENIED**. For the sake of

clarity, nothing in this Court's prior orders prohibits Respondents from executing a valid final order of removal. Further, this Order does not decide the validity of any final order of removal or limit Petitioner's ability to raise any challenge to that removal in the appropriate forum.

Date: July 29, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge